| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, CA Bar #308269 |
| | ASSISTANT FEDERAL DEFENDER |
| 3 | Designated Counsel for Service |
| | 2300 Tulare St. Ste. 330 |
| 4 | Fresno, CA 93721 |
| | Telephone: 559-487-5561 |
| 5 | Fax: 559-487-5950 |
| 6 | Attorney for Defendant |
| | ALFREDO NEGRETE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 5:17-po-00582-JLT |
|---|---|
| Plaintiff, | ) STIPULATION TO ALLOW FIXED-SUM |
| | ) PAYMENT IN LIEU OF APPEARANCE; |
| vs. | ) [PROPOSED] ORDER |
| ALFREDO NEGRETE, | ) Date: 3/6/2018 |
| | ) Time: 9 a.m. |
| Defendant. | ) Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for defendant Alfredo Negrete, that this case shall be resolved by payment of a fixed-sum in lieu of Alfredo Negrete's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

Alfredo Negrete agrees to pay a $500 fine and a $30 processing fee, for a total of $530 on or before March 6, 2018. Payment shall be made to the Central Violations Bureau. Upon payment, the parties agree that the status conference currently scheduled for March 6, 2018 will be vacated and this case will close. Upon receipt of payment, Citation No. 6459371 will close and the Government will move to dismiss Citation No. 6459372 in the interest of justice.

/ / /

/ / /

| | |
|---|---|
| | Respectfully submitted,<br><br>McGregor Scott<br>United States Attorney |
| Date: January 22, 2018 | */s/ Darin Rock*<br>DARIN ROCK<br>Special Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 22, 2018 | */s/ Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Defender<br>Attorney for Defendant<br>ALFREDO NEGRETE |

**O R D E R**

IT IS SO ORDERED.

Dated: **January 23, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE