1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ANDREW WONG, CA Bar #308269
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA 93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   ALFREDO NEGRETE

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No.  5:17-po-00582-JLT
                                       )
12              Plaintiff,             )  STIPULATION TO EXTEND FINE PAYMENT
                                       )  DEADLINE;  [~~PROPOSED~~ ORDER]
13  vs.                                )
                                       )
14  ALFREDO NEGRETE,                   )
                                       )
15              Defendant.             )
    _____)
16

17        IT IS HEREBY STIPULATED, by and between the parties, through their respective

18  counsel, Special Assistant United States Attorney Darin Rock, counsel for the plaintiff, and

19  Assistant Federal Defender Andrew Wong, counsel for Alfredo Negrete, that the Court extended

20  the deadline of Mr. Negrete's fine payment to September 4, 2018.

21        Mr. Negrete is experiencing financial difficulties and will not be able to pay his collateral

22  by March 6, 2018.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: March 1, 2018          By: _/s/ Darin Rock_____
                                   DARIN ROCK
                                   Special Assistant U.S. Attorney


HEATHER E. WILLIAMS
Federal Defender

Dated: March 1, 2018          By: _/s/ Andrew Wong_____
                                   ANDREW WONG
                                   Attorney for Defendant
                                   ALFREDO NEGRETE


**O R D E R**

Based upon the stipulation of counsel, the Court **ORDERS**:

1.        The stipulation (Doc. 9) is **GRANTED**.  Mr. Negrete **SHALL** pay the fine no later than September 4, 2018;

2.        The status conference on March 6, 2018 is **CONTINUED** to August 7, 2018 at 9:00 a.m.  If the fine has not been paid by that time, Mr. Negrete is **ORDERED** to appear at that hearing.  Counsel for the defendant SHALL give Mr. Negrete notice of that hearing.


IT IS SO ORDERED.

Dated:   **March 1, 2018**              **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE